The United States District Court for the Southern District of New York

Janiese Void-Brown
1130 Oretha Haley Blvd
New Orleans, LA 70013
Janiese.void@snhu.edu

Case # - 19CV8594

**Motion for Refund of Filing Fee**

Janiese Void-Brown

vs

F.B.I., D.E.A., City of New York (NYPD),
and Hedy Augenbraun, Ph.D

June 22, 2020

Ms. Void-Brown requests a refund of the filing fee associated with this lawsuit as the litigation did not proceed as anticipated. The plaintiff regrets that the defendants did not participate in an adjudicative process (under the spirit of transparency) which have allowed them to submit testimony and evidence in a court of law and under oath. Ms. Void-Brown had expected the defendants' to enthusiastically embrace this fortuitous opportunity to essentially "prosecute" her and then procedurally submit a motion to dismiss her lawsuit.

Ms. Void-Brown would like to inform Judge Englemeyer, that former U.S. Ambassador Joseph Wilson, born in the plaintiff's hometown of Bridgeport, CT died shortly after the plaintiff filed her lawsuit. Mr. Wilson had been assigned to several West African nations. Ms. Void-Brown had stated in her lawsuit that she is likely the illegitimate child of Charles Taylor, former President of Liberia. As the plaintiff distributed copies of the litigation to embassies and consulates located in the vicinity of the United Nations, U.N. security personnel discreetly & professionally informed her that she was essentially a victim of child trafficking, as he explained there was no embassy that could provide consular services as the German Democratic Republic (GDR) no longer existed. Notably, the GDR had African residents at the time of its dissolution, and these Africans (such as myself) would have likely returned to Africa or emigrated to another politically-affiliated country as a result of the country's collapse. Other foreign nationals residing in the country would have also likely returned to their countries of origin or resettled in other parts of Europe. Moreover, note that there were East Germans who elected to not participate in the reunification and they resettled elsewhere outside of Germany.

The Federal Republic of Germany can not (and should not) intervene on my behalf as the GDR would have made these arrangements for me to be resettled in a location of their choice had I been in the country. My citizenship was solely connected to the GDR. The GDR and the Federal Republic of Germany, ideologically divergent governmental regimes (and Cold-War adversaries) along with my status as a foreign national means that I would have been resettled in another country and not absorbed into the Germany as we know it today. I am not an ethnic German whose fate was connected to the partition and reconstitution of that country.

Thank you so much for allowing me to provide additional context and your timely response to my request.

Janiese Void-Brown

The Court appreciates this letter.  On September 20 and 24, 2019, the Court dismissed both Ms. Void-Brown's initial complaint and amended complaint as frivolous.  Dkts. 5, 7.  The present motion is denied.  For avoidance of doubt, this case remains closed.  The Clerk of Court is instructed to mail a copy of this endorsement to Ms. Void-Brown.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

June 30, 2020